BERT SALWEN, PLAINTIFF-APPELLANT, v. ALBERT H. REES, INDIVIDUALLY AND AS COUNTY CLERK OF MERCER COUNTY, DEFENDANTS-RESPONDENTS.

Argued October 11, 1954—Decided October 11, 1954.

218

*Mr. William Rossmore* argued the cause for the appellant.

*Mr. John J. Connell* argued the cause for the respondent (*Mr. Joseph S. Bash*, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Drewen in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.